```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :     **16 CR 827 (VM)**
                                   :
        -against-                  :
                                   :     <u>**ORDER**</u>
JOHNELL TURNER,                    :
                                   :
              Defendant.           :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that, upon request of the parties (<u>see</u> Dkt. No. 28), an initial apperance as to the above-named defendant is scheduled for Friday, October 8, 2021 at 1:00 PM.

**SO ORDERED:**

Dated:    New York, New York
          20 September 2021

_____
              Victor Marrero
                U.S.D.J.