```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA,              :     **16 CR 827 (VM)**
                                       :
        -against-                      :
                                       :     **ORDER**
JOHNELL TURNER,                        :
                                       :
                Defendant.             :
------------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the conference in this matter scheduled for Wednesday, October 13, 2021 at 10:30 A.M. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         12 October 2021

_____
Victor Marrero
U.S.D.J.